AO 91 (Rev. 11/11)   Criminal Complaint

RM/bh USAO#2024R00473

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| RONALD LAWRENCE BRISBON | ) |
|  | ) |
|  | ) |

Case No. 8:24-mj-01603-GLS

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:52 pm, Aug 13 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___cm___ Deputy

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _August 12, 2024_ in the county of _Prince George's_ in the District of _Maryland_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1111 | Murder |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*David LaGrossa*
*Complainant's Signature*

Detective David LaGrossa, USPP
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _August 13, 2024_

*Judge's signature*

City and state: _Greenbelt, Maryland_

Honorable Gina L. Simms, United States Magistrate Judge
*Printed name and title*