RM: USAO 2024R00473

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 8:24-mj-01603-GLS |
| RONALD LAWRENCE BRISBON, | * | FILED UNDER SEAL |
| Defendant | * | |

********

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, David LaGrossa, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is submitted in support of a criminal complaint and arrest warrant. Based on the following facts, I submit that there is probable cause to believe that on August 12th, 2024, **Ronald Lawrence BRISBON** ("**BRISBON**"), committed murder, in violation of 18 U.S.C. § 1111. I respectfully request that this Court issue the criminal complaint and arrest warrant for **BRISBON,** under Federal Rule of Criminal Procedure 4(a).

### AGENT BACKGROUND

2. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. Specifically, I am a duly appointed federal police officer with the United States Park Police ("USPP") since 2009. I am currently assigned to the USPP Criminal Investigations Branch, Major Crimes Unit. My responsibilities include the investigation of all major crimes, to include homicides, robberies, and assaults.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On Monday, August 12, 2024, at approximately 09:07 hours, United States Park Police District Four officers were called to the rear parking lot of 6565 Greenbelt Road, Greenbelt Maryland, for a report of a man down with injuries. This area is physically located inside Greenbelt Park, which is within the special territorial jurisdiction of the United States, and is within the jurisdiction of the United States Park Police (USPP). Upon arrival, the officers found an adult male, Victim-1 ("V1"), on the ground suffering from multiple stab wounds to his neck and torso. Despite immediate lifesaving efforts that were administered, V1 was pronounced deceased by an Prince Georges County Ambulance Medic at approximately 09:18 hours.

5. As these life saving measures were being taken by emergency personnel, information was being gathered about V1 and the circumstances surrounding the attack. V1 was identified as an employee of Business 1, a private company that is contracted by the National Park Service (NPS) to clean NPS buildings in the DC Metro Area. It was determined that earlier that morning, at approximately 08:21 hours, V1 and **BRISBON** arrived at the United States Park Police District Four Station located at 6501 Greenbelt Road, Greenbelt Maryland, to clean the facility. The men drove there in a white Ford Transit work van. Officers at the U.S Park Police District Four Station were present while V1 and **BRISBON** cleaned the facility.

6. At approximately 08:47 hours, surveillance footage shows **BRISBON** leaving the station and entering the front passenger side of the Ford Transit van. A few minutes later, V1 is

2

seen entering the driver side of the van. The van left the parking lot at the USPP District Four Station and drove in the direction of the 6565 Greenbelt Road.

7. A witness ("W1"), whose identity is known to law enforcement, told investigators that he was parked at the entrance to the Greenbelt Maintenance Yard when he saw the white Business 1 van enter the parking lot. A short time later, W1 saw the Business 1 van exit the parking lot and with what appeared to be a tree branch sticking out from the rear bumper. As W1 went to retrieve belongings from his personal vehicle moments later, he observed V1 lying in the parking lot. It appeared to the witness that V1 was not breathing. W1 called 911 and waited for officers to arrive on scene.

8. At approximately 09:18 hours, the white Ford Transit van was observed entering the parking lot of the United States Park Police Anacostia Operations Facility located at 1901 Anacostia Drive, S.E. Washington DC. The vehicle was being driven by **BRISBON**.

9. W2, whose identity is known to law enforcement, is an employee who works for Business 1 and is often present at that facility. As W2 observed the van coming into the parking lot, W2 received a call from an NPS manager that a Business 1 employee had been found dead in Greenbelt Park. W2 was aware that **BRISBON** and V1 had been assigned to work together that day and that their cleaning duties included Greenbelt Park. W2 also knew that V1 normally drove the van and that **BRISBON** was not permitted to drive any Business 1 vehicles. W2 observed **BRISBON** exit the van and saw what looked like blood on his person. W2 asked **BRISBON** where V1 was; **BRISBON** responded that he had killed V1.

10. USPP K9 officers were positioned outside of the Anacostia Operations Facility (AOF) and were immediately notified of this conversation. The K9 officers detained **BRISBON** outside of the front entrance to AOF. During a subsequent search of his person, officers recovered

a black and orange folding utility knife which was covered with a substance that appeared to be blood. The knife was secured and placed in an evidence bag.

11. Unprompted, **BRISBON** made several statements in front of several USPP officers; these statements include the following:

"I got the knife that I killed [V1's first name] with."

"That's my co-worker. He killed my aunt."

"She said where's [V1's first name]? I said I just killed [V1's first name]."

"I stabbed him I don't know how many times."

"I hope he's dead. If he ain't dead, I'll stab his ass again."

"He smothered my fucking aunt to death."

"I just killed him today just now he was riding with me and I stabbed him with that knife."

12. **BRISBON** was taken into custody and placed in an interview room. An evidence technician photographed **BRISBON** and took swabs of **BRISBON's** hands and fingernails. **BRISBON's** clothing, which was also stained with apparent blood, was taken into evidence. An initial check of the exterior of the van revealed blood spatter on the rear passenger side, as well as apparent smeared blood on the gear shift lever and steering wheel.

13. Prior to the interview, investigators *Mirandized* **BRISBON**; he waived his Miranda Rights and agreed to be interviewed. **BRISBON** stated that he was not under the influence of any drugs or alcohol. **BRISBON** said that he knew V1 and worked with him regularly. During the interview, **BRISBON** stated that the reason that he stabbed V1 was because it was his belief that V1 had killed his (**BRISBON'S**) aunt by smothering her to death at her home. Investigators later learned that **BRISBON's** aunt had died at a hospital in June 2024, of natural causes.

4

14. During the interview, **BRISBON** stated that he had purchased a gun and that he was planning to use the gun to kill V1. **BRISBON** also said that he brought a knife to work on another occasion and had planned to use it to kill V1 but decided not to because he believed that V1 may have been armed. **BRISBON** told investigators that he was glad that V1 was dead. Using a prop, **BRISBON** demonstrated how he stabbed V1; he also stated that he stabbed V1 in the neck area multiple times.

## CONCLUSION

15. Based on the facts described in this affidavit, there is probable cause to support this Court's issuance of the requested criminal complaint and arrest warrant.

Respectfully submitted,

*David LaGrossa*
_____
Detective David LaGrossa
U.S. Park Police

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this __13th__ day of August, 2024.

_____
Honorable Gina L. Simms
United States Magistrate Judge

5